DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TROY BRYANT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2813

[January 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. 89-16457 CF10A.

Troy Lee Bryant, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***